UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANAÚBA I GARAÇÃO SOLAR ENERGIA S/A, et al.,<br><br>        Petitioners,<br><br>  -against-<br><br>TRINA SOLAR ENERGY DEVELOPMENT PTE LTD.,<br><br>        Respondent. | 23-MC-237 (LAK) (BCM)<br><br>**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT** |

**BARBARA MOSES, United States Magistrate Judge.**

      The above-referenced action, commenced on July 17, 2023 by the filing of a Petition to Confirm Arbitration Award (Petition) (Dkt. 1), has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, settlement, and for report and recommendation on the Petition, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). (Dkt. 6.) As of yet, no electronic summons has been issued.

      It is hereby ORDERED that petitioners shall promptly serve respondent with a summons, the Petition, the Notice of Petition (Dkt. 3), the Declaration of Dominic Pody (Dkt. 4), including its exhibits, and a copy of this Order, and shall promptly file proof of such service on the docket.

      It is further ORDERED that respondent's papers in opposition to the Petition, if any, shall be filed no later than **30 days after it has been served** with the summons, the Petition, and this Order. Petitioner's reply papers, if any, shall be filed no later than **14 days after they have been served** with respondent's opposition papers.

Dated: New York, New York
       July 21, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**