```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANAÚBA I GARAÇÃO SOLAR ENERGIA S/A, et al., | |
| Petitioners, | 23-MC-237 (LAK) (BCM) |
| -against- | ORDER |
| TRINA SOLAR ENERGY DEVELOPMENT PTE LTD., | |
| Respondent. | |

**BARBARA MOSES, United States Magistrate Judge.**

The Court's Order dated July 21, 2023 (Dkt. 7) required petitioners to "promptly serve respondent with a summons, the Petition, the Notice of Petition (Dkt. 3), the Declaration of Dominic Pody (Dkt. 4), including its exhibits, and a copy of this Order," and to "promptly file proof of such service on the docket." (*Id.* at 1.) Although more than three months have passed, petitioners have not filed the required proof of service on the docket.

Petitioners shall comply with the Court's Order no later than **November 15, 2023**. The briefing schedule set forth in the the Order remains in effect.

Dated: New York, New York
       October 25, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**